IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.21.2.132,<br><br>    Defendant.<br>                                          / | No. C 15-04172 WHA<br><br>**ORDER GRANTING<br>SEALING MOTION** |

      Plaintiff has moved to file the complaint, summons, and return of service under seal, with defendant's identifying information redacted, pursuant to this Court's order granting plaintiff's motion to serve a subpoena on Comcast. Plaintiff's motion is hereby **GRANTED**. Plaintiff shall have until **JANUARY 15** to effect service.

      **IT IS SO ORDERED.**

Dated: January 7, 2016.

                                                        WILLIAM ALSUP<br>
                                                        UNITED STATES DISTRICT JUDGE